IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DAVID ANTONIO PORTILLO ) | |
| YANETH PORTILLO ) | CASE NO. 09-81490 |
| ) | |
| SSN: xxx-xx-2581 ) | CHAPTER 13 |
| SSN: xxx-xx-7684 ) | |
| ) | |
| DEBTORS ) | |

## CONSENT ORDER FOR CURING ATTORNEY FEES AND COSTS

THIS CAUSE coming on to be heard and being heard before the undersigned United States Bankruptcy Judge for the Western District of North Carolina upon request of CHASE HOME FINANCE, LLC, ("CHF"), to lift the automatic stay.

And it appearing to the Court and the Court finding from the record and stipulation of counsel the following findings of fact that CHF is a Creditor holding a claim against the Debtor secured by the Debtors' principal residence located at 404 Lakeview Road, Durham, North Carolina; that the Debtors' defaulted in their payments to CHF; that on or about March 17, 2011, CHF filed a Motion for Relief from Stay based on the Debtors' default; thereafter the Debtors have brought their account current with CHF through April 30, 2011; CHF incurred $500.00 for attorney fees and costs in connections with filing the said Motion.

The Debtors are prepared to cure attorney fees and costs and thereafter maintain payments in accordance with the provisions and terms of this Order.

NOW, THEREFORE, based upon the foregoing findings of fact and conclusions of law, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. The Debtors will timely pay all sums due under the Note and Deed of Trust. All parties acknowledge that all payments are due on the 1st day of each month.

2. CHF is awarded $500.00 in attorney fees for expenses incurred in filing said Motion for Relief and said sum shall be added to the Debtors' loan balance.

HSB Case No: 1055433 (BK)

United States Bankruptcy Court
Bky Case No: 09-81490

3. Beginning with the May 1, 2011 payment, Debtors shall pay their regular monthly payment (currently $1,030.88) directly to CHF.

_____
JOSEPH J. VONNEGUT, ATTORNEY FOR
CHASE HOME FINANCE, LLC

s/John T. Orcutt
_____
JOHN T. ORCUTT, ATTORNEY FOR DEBTORS

NO PROTEST/NO OBJECTION

s/Richard M. Hutson, II
_____
RICHARD M. HUTSON, II, TRUSTEE

This Order has been signed electronically.
The Judge's Signature and Court's seal appear
at the top of the Order.

United States Bankruptcy Court

HSB Case No: 1055433 (BK)

United States Bankruptcy Court
Bky Case No: 09-81490

## PARTIES TO BE SERVED

Debtors:
David Antonio Portillo
404 Lakeview Road
Durham, NC 27712

Yaneth Portillo
404 Lakeview Road
Durham, NC 27712

Attorney for Debtors:
John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II
302 East Pettigrew Street
Suite B-140
P. O. Box 3613
Durham, NC 27702

HSB Case No: 1055433 (BK)

United States Bankruptcy Court
Bky Case No: 09-81490